1  Wilson W. Lin (Bar No. 302228)
   wlin@park-law.com
2  H. C. PARK & ASSOCIATES, PLC
   1894 Preston White Drive
3  Reston, VA 20191
4  Telephone: (703) 544-9230
   Facsimile:  (703) 288-5139
5
   Attorney for Plaintiff
6  GLOBAL TOUCH SOLUTIONS, LLC

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  GLOBAL TOUCH SOLUTIONS, LLC, | Case Nos.   3:15cv2746-JD |
| 13         Plaintiff, | 3:15cv2747-JD |
|  | 3:15cv2748-JD |
| 14    v. | 3:15cv2749-JD |
|  | 3:15cv2750-JD |
| 15  TOSHIBA CORPORATION, et al., | |
| 16         Defendants. | **NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MITON TO WITHDRAW** |
| 17  | |
| 18  GLOBAL TOUCH SOLUTIONS, LLC, | |
| 19         Plaintiff, | Date: November 9, 2016 |
|  | Time: 10:00 a.m. |
| 20    v. | Courtroom: 11, 19th Floor, San Francisco |
|  | Judge: Hon. James Donato |
| 21  VIZIO, INC., | |
| 22         Defendant. | |
| 23  GLOBAL TOUCH SOLUTIONS, LLC, | |
| 24         Plaintiff, | |
| 25    v. | |
| 26  APPLE INC., | |
| 27         Defendant. | |
| 28 | |

| | |
|---|---|
| 1 | GLOBAL TOUCH SOLUTIONS, LLC, |
| 2 | Plaintiff, |
| 3 | v. |
| 4 | MOTOROLA MOBILITY LLC, |
| 5 | Defendant. |
| 6 | |
| 7 | GLOBAL TOUCH SOLUTIONS, LLC, |
| 8 | Plaintiff, |
| 9 | v. |
| 10 | MICROSOFT CORPORATION, et al., |
| 11 | Defendants. |

**NOTICE OF MOTION AND MOTION**

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on Wednesday, November 9, 2016, at 10:00 am, or as soon thereafter as the matter may be heard before the Honorable James Donato, United States District Judge, Courtroom 11, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102, Wilson W. Lin of H.C. Park & Associates, PLC, 1894 Preston White Drive, Reston, Virginia 20191, shall and hereby does respectfully seek leave of this Court, pursuant to Civil Local Rule 11-5(a) and (b) and in compliance with California Rules of Professional Conduct 3-700, to withdraw as counsel for Plaintiff Global Touch Solutions, LLC ("Plaintiff").

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Pusuant to Local Rule 11-5, Wilson W. Lin ("Movant") hereby notifies the parties and the Court of its intent to withdraw as counsel for Plaintiff. Movant states the following grounds for this notice and motion:

1. On June 30, 2015, Movant entered his appearance on behalf of Plaintiff in the above matters.

2. On April 7, 2016, Order Staying and Administratively Closing Cases was issued ordering the above cases to be administratively closed.

3. On May 9, 2016, Movant provided Plaintiff with notice of his intent to withdraw.

4. Movant respectfully submits that withdrawal is permissible because continued representation will result in an unreasonable financial burden on Movant.

5. The granting of this Motion imposes no delay and will not affect any deadlines in the cases.

6. In compliance with Civil Local Rule 11-5(b), Movant has notified counsel for defendants in the above-captioned matters that this Motion is not accompanied by simultaneous appearance of substitute counsel and is subject to the condition that papers may continue to be served on Movant for forwarding purposes, unless and until plaintiff appears by other counsel.

7. Counsel for defendants in the above-captioned matters has confirmed that they do not oppose this Motion.

THEREFORE, the undersigned Movant respectfully requests that the Court grant his Motion to Withdraw as Counsel for Plaintiff in the above-captioned matters and enter an Order.

Dated: October 4, 2016                        Respectfully submitted,

*/s/ Wilson W. Lin*
Wilson W. Lin (Bar No. 302228)
wlin@park-law.com
H.C. PARK & ASSOCIATES, PLC
1894 Preston White Drive
Reston, VA  20191
T: (703) 544-9230; F: (703) 288-5139

*Counsel for Plaintiff*
*Global Touch Solutions, LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 4, 2016, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

*/s/ Wilson W. Lin*
Wilson W. Lin